United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEFINO VELARDE, et al.,

        Plaintiffs,

  v.

WELLS FARGO BANK, N.A., et al.

        Defendants.

_____/

No. C 10-2255 MMC

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS/ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT; VACATING HEARING**

      Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Dismiss/Alternative Motion for More Definite Statement, filed June 1, 2010 and thereafter noticed for hearing on July 30, 2010.  On June 18, 2010, plaintiffs Josefino Velarde and Carmelita Mendoza Velarde filed a First Amended Complaint.

      A party may amend a pleading "once as a matter of course" if no defendant files a responsive pleading within "21 days after service of a motion under Rule 12(b), (e), or (f)."  See Fed. R. Civ. P. 15(a)(1)(B).[1]  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent."  Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

      Accordingly, the Court hereby DENIES as moot defendant Wells Fargo's Motion to

_____

      [1]A motion to dismiss is not a "responsive pleading."  See Crum v. Circus Circus Enterprises, 231 F.3d 1129, 1130 n. 3 (9th Cir. 2000).

1  Dismiss/Alternative Motion for More Definite Statement, and VACATES the July 30, 2010

2  hearing thereon.

3      **IT IS SO ORDERED.**

4

5  Dated:  June 28, 2010

                     MAXINE M. CHESNEY

6                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28