IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINO VELARDE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>    Defendants. | No. C 10-2255 MMC<br><br>**ORDER CONTINUING HEARING ON FIRST AMERICAN'S MOTION TO DISMISS** |

Given the similarity of issues presented in the motions to dismiss filed, respectively, by defendants First American LoanStar Services, LLC ("First American") and Wells Fargo Bank N.A. ("Wells Fargo"), the hearing on First American's motion is hereby CONTINUED from August 27, 2010 to September 3, 2010, the date on which Wells Fargo's motion is scheduled to be heard.

**IT IS SO ORDERED.**

Dated: August 23, 2010

                                              MAXINE M. CHESNEY<br>                                              United States District Judge