1 | DONALD J. QUERIO (State Bar No. 54367)
MARK I. WRAIGHT (State Bar No. 228303)
2 | CASEY J. MCTIGUE (State Bar No. 266361)
SEVERSON & WERSON
3 | A Professional Corporation
One Embarcadero Center, Suite 2600
4 | San Francisco, CA  94111
Telephone:  (415) 398-3344
5 | Facsimile:  (415) 956-0439
Email: cjm@severson.com
6 |
Attorneys for Defendant
7 | Wells Fargo Bank, N.A.

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12 | Josefino Velarde and Carmelita Mendoza Velarde,

Case No.:  3:10-cv-02255-MMC

13 | Plaintiffs,

Assigned to the Hon. Maxine M. Chesney for all purposes

14 | vs.

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

15 | Wells Fargo Bank N.A., a National
16 | Association; Goldpointe Financial Services, a business entity, form unknown; First American
17 | LoanStar Services, LLC, a Texas limited liability company, and DOES 1 to 100, inclusive,

Date:           *
Time:           *
Courtroom:      *
Trial Date:     Not yet set

18 | Defendants.

Complaint Filed: April 23, 2010

19

20

21

22 |     Counsel report that they have met and conferred regarding ADR and have reached the

23 | following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

24 |     The parties agree to participate in the following ADR process: **Mediation (ADR L.R. 6)**

25 |     The parties agree to hold the ADR session by: 90 days after an answer is filed by all

26 | defendants which participate in this stipulation.

27

28

-1-

1      DATED:  August 31, 2010             FISHER & RUEHMANN, LLP

2

3                                            By: _____ */s/ Stephen C. Ruehmann* _____

4                                              Stephen Conrad Ruehmann

5                                   Attorneys for Plaintiffs
                                  Carmelita M. Velarde and Josefino Velarde

6

7      DATED:  August 31, 2010             SEVERSON & WERSON
                                  A Professional Corporation

8

9                                              By: _____ */s/ Casey J. McTigue* _____
                                             Casey J. McTigue

10

11                                 Attorneys for Defendant
                                Wells Fargo Bank, N.A.

12

13      DATED:  August 31, 2010             LAW OFFICES OF GLENN H. WECHSLER

14

15                                              By: _____ */s/ Lawrence D. Harris* _____
                                             Lawrence D. Harris

16                                 Attorneys for Defendant
                                First American Trustee Servicing Solutions

17                                 LLC, f/k/a First American Loanstar Trustee
                                Services LLC

18

19

20                              **[PROPOSED]̶ ORDER**

21         Pursuant to the Stipulation above, the captioned matter is hereby referred to Court Ordered

22 Mediation pursuant to ADR Local Rule 6.  Mediation must be complete within 90 days of the

23 filing of an answer by Wells Fargo Bank, N.A., and First American Trustee Servicing Solutions

24 LLC, f/k/a First American Loanstar Trustee Services LLC.

25 IT IS SO ORDERED.

26

27 Dated: __ September 1, 2010 _____                                        
                              UNITED STATES ~~MAGISTRATE~~ JUDGE

28