1    DONALD J. QUERIO (State Bar No. 54367)
     MARK I. WRAIGHT (State Bar No. 228303)
2    CASEY J. MCTIGUE (State Bar No. 266361)
     SEVERSON & WERSON
3    A Professional Corporation
     One Embarcadero Center, Suite 2600
4    San Francisco, CA  94111
     Telephone:  (415) 398-3344
5    Facsimile:  (415) 956-0439
     Email: cjm@severson.com
6
     Attorneys for Defendant
7    Wells Fargo Bank, N.A., successor by
     merger to Wells Fargo Home Mortgage
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12   Josefino Velarde and Carmelita Mendoza        Case No.:  3:10-cv-02255-MMC
     Velarde,
13                                                  Assigned to the Hon. Maxine M. Chesney
                    Plaintiffs,                     for all purposes
14
           vs.                                      **STIPULATION AND [PROPOSED]**
15                                                  **ORDER REMANDING ACTION TO**
     Wells Fargo Bank N.A., a National              **STATE COURT**
16   Association; Goldpointe Financial Services, a
     business entity, form unknown; First American  Date:          *
17   LoanStar Services, LLC, a Texas limited        Time:          *
     liability company, and DOES 1 to 100,          Courtroom:     *
18   inclusive,                                      Trial Date:    Not yet set

19                  Defendants.

20                                                  Complaint Filed: April 23, 2010

21

22

23

24

25

26

27

28

-1-

Because the operative complaint does not contain any federal claims, the parties hereby stipulate to the following:

1.      A remand of this action is appropriate.  Plaintiff has declined to plead any federal claims in the operative complaint, and as such this Court lacks federal question jurisdiction.

2.      The Second Amended Complaint contains a claim already dismissed with prejudice.  In particular, the claim for "Negligence Per Se (Violation of Cal. Civ. Code §§ 2923.5 & 2924)" was dismissed by the District Court on September 2, 2010.  (Docket #41.)  The parties hereby stipulate that following remand, Plaintiff will file a Third Amended Complaint within 20 days.  The Third Amended Complaint will remove the offending claim described above.  Due to the stipulated Third Amended Complaint, Defendants need not file a response to the Second Amended Complaint.

3.      The federal claims already voluntarily dismissed by Plaintiff are hereby dismissed with prejudice.

IT IS SO STIPULATED:

DATED: October 8, 2010

By: _____
        Stephen Conrad Ruehmann

Attorneys for Plaintiffs
Carmelita M. Velarde and Josefino Velarde

DATED:  October 8, 2010

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ Casey J. McTigue_____
        Casey J. McTigue

Attorneys for Defendant
Wells Fargo Bank, N.A., successor by merger to
Wells Fargo Home Mortgage

DATED:  October 8, 2010

LAW OFFICES OF GLENN H. WECHSLER

By: _____/s/ Lawrence D. Harris_____
        Lawrence D. Harris

Attorneys for Defendant
First American LoanStar Services, LLC

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby remanded to the Superior Court of California, in and for the County of San Mateo. .

IT IS SO ORDERED.

Dated: _October 22, 2010_____

Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE